UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**  'O'

| Case No. | 2:19-CR-00799-CAS | Date | April 19, 2023 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | Jenna Long, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant: | Present | Cust. | Bond | Atty for Deft: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| GREGORY SALLIS | NOT | | | CLAIRE KENNEDY | NOT | | X |

**Proceedings:** (IN CHAMBERS) - MOTION TO RECONSIDER EARLY TERMINATION OF SUPERVISED RELEASE (Dkt. 14, filed on JANUARY 19, 2023)

On January 19, 2023, defendant Gregory Sallis filed a *pro se* motion for reconsideration of the Court's August 29, 2022 denial of his request for early termination of supervised release. Dkt. 14. On February 23, 2023, United States Probation and Pretrial Services filed an opposition to defendant's request. Dkt. 16. On February 27, 2023, the United States filed an opposition to Sallis' request. Dkt. 17. On March 9, 2023, Sallis, now represented by the Office of the Federal Public Defender, filed a reply in support of his motion. Dkt. 19.

When the Court denied Sallis' initial request for early termination of supervised release, Sallis had served approximately three years of his five-year term of supervised release. See generally dkt. 13. While the Court commended Sallis' progress and community service, it concluded that termination of supervised release would be premature at that time, in light of Sallis' moderate risk of reoffending, criminal history, and history of gang involvement. Id. at 6. The Court further stated that Sallis may, after serving four years of supervised release or at a later time, file a further application for termination of supervised release. Id. As of the date of this order, Sallis has served approximately three years and seven months of his term of supervised release.

Having carefully considered the parties' arguments and submissions, the Court finds that, for the reasons set forth in its August 29, 2022 order, early termination of supervised release would be premature at this time. Mr. Sallis may, after serving four years of supervised release or at a later time, renew his request for early termination of supervised release.

In accordance with the foregoing, the Court **DENIES** defendant's motion for reconsideration **WITHOUT PREJUDICE.**

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |